SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JIANFENG LUO, | No. C 07-1367 SI |
|     Plaintiff, | STIPULATION TO RESCHEDULE HEARING DATE ON THE MOTION TO DISMISS AND CMC; AND [PROPOSED] ORDER |
| v. | |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; et al., | |
|     Defendants. | |

The Plaintiff, Pro Se, and Defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to reschedule the hearing date on Defendants' Motion to Dismiss and the Case Management Conference, in light of the following:

1. On July 12, 2007, pursuant to the parties' stipulation, the Court vacated the July 27, 2007 hearing and CMC date, and held the case in abeyance.

2. On August 15, 2007, the Department of State issued the September Visa Bulletin, which indicates that Plaintiff's visa number will be current in September.

///

///

///

///

STIPULATION TO RESCHEDULING
07-1367 SI

10/12/07

3. Accordingly, the parties request the Court to reschedule the hearing for ~~September 21, 2007,~~ at 9:00 a.m. Defendants' Reply to Plaintiff's Opposition to the Motion to Dismiss shall be due by September 7, 2007.

Dated: August 17, 2007  /S/
MELANIE L. PROCTOR[1]
Assistant United States Attorney

Attorney for Defendants

Dated: August 16, 2007  /S/
JIANFENG LUO
Pro Se

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the hearing on Defendants' Motion to Dismiss and the Case Management Conference are rescheduled for September 21, 2007, at 9:00 a.m.

Dated: August ____, 2007  
SUSAN ILLSTON
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO RESCHEDULING
07-1367 SI                    2