SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JIANFENG LUO, | ) | No. C 07-1367 SI |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION TO BRIEFING |
| v. | ) | SCHEDULE AND [PROPOSED] ORDER |
| | ) | |
| MICHAEL CHERTOFF, Secretary of the | ) | |
| Department of Homeland Security; et al., | ) | |
| | ) | |
| Defendants. | ) | |

///

///

///

///

///

///

///

///

///

///

///

///

STIPULATION TO BRIEFING SCHEDULE
07-1367 SI

1    The Plaintiff, Pro Se, and Defendants, by and through their attorneys of record, hereby

2    stipulate, subject to approval of the Court, to the following:

3        1.    Defendants hereby withdraw their Motion to Dismiss.

4        2.    The parties shall file cross motions for summary judgment, which shall be taken

5    under submission without oral argument.

6        Last day to file motions for summary judgment:    October 26, 2007

7        Last day to file oppositions:                     November 9, 2007

8

9    Dated: September 20, 2007                _____/s/_____
10                                            MELANIE L. PROCTOR
                                             Assistant United States Attorney
11                                           Attorney for Defendants

12   Dated: September 19, 2007                _____/s/_____
13                                            JIANFENG LUO
                                             Pro Se
14

15

16                              **ORDER**

17       Pursuant to stipulation, the October 12, 2007 hearing date on Defendants' Motion to Dismiss and

18   Case Management Conference is VACATED.  The parties' cross motions for summary judgment

19   shall be taken under submission without oral argument.  IT IS SO ORDERED.

20

21

22   Dated: _____, 2007            _____
                                             SUSAN ILLSTON
23                                           United States District Judge

24

25

26

27

28

STIPULATION TO BRIEFING SCHEDULE
07-1367 SI                              2