SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JIANFENG LUO, | ) | No. C 07-1367 SI |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION TO HOLD CASE IN |
| v. | ) | ABEYANCE AND [PROPOSED] ORDER |
| | ) | |
| MICHAEL CHERTOFF, Secretary of the | ) | |
| Department of Homeland Security; et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

///

///

///

///

///

///

///

///

///

///

///

///

STIPULATION
07-1367 SI

The parties' cross motions for summary judgment are currently under submission.  It now appears that this matter will be entirely resolved within the next 60 days.  The Plaintiff, Pro Se, and Defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to hold the case in abeyance.  The parties will notify the Court within seven days of any agency action.

Dated: November 27, 2007                        _____/s/_____
                                                MELANIE L. PROCTOR[1]
                                                Assistant United States Attorney
                                                Attorney for Defendants


Dated: November 27, 2007                        _____/s/_____
                                                JIANFENG LUO
                                                Pro Se


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Dated: _____, 2007                    _____
                                                SUSAN ILLSTON
                                                United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION
07-1367 SI                              2