SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JIANFENG LUO, | ) | No. C 07-1367 SI |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION TO DISMISS AND |
| v. | ) | [PROPOSED] ORDER |
| | ) | |
| MICHAEL CHERTOFF, Secretary of the | ) | |
| Department of Homeland Security; et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

///

///

///

///

///

///

///

///

///

///

///

///

Plaintiff, Pro Se, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has approved Plaintiff's application for adjustment of status, and he has received his lawful permanent resident card.

The parties shall bear their own costs and fees.

Dated: December 5, 2007

_____/s/_____
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorney for Defendants

Dated: December 5, 2007

_____/s/_____
JIANFENG LUO
Pro Se

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: ___12/6/07___, 2007

_____
SUSAN ILLSTON
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION
07-1367 SI

2

# CERTIFICATE OF SERVICE

### Jianfeng Luo v. Michael Chertoff; et al.
**C 07-1367 SI**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned further certifies that she is causing a copy of the following document(s):

## STIPULATION TO DISMISS AND [PROPOSED] ORDER

to be served this date upon the party(ies) as follows:

_✓_ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ **PERSONAL SERVICE (BY MESSENGER)** I caused such envelope to be delivered by hand to the person or offices of each addressee below.

__ **FACSIMILE (FAX)**  Telephone No.:_____ I caused each such document to be sent by facsimile to the person or offices of each addressee below.

____ **FEDERAL EXPRESS**

____ **CERTIFIED MAIL**

____ **BY E-MAIL** I caused each such document to be sent by e-mail to the person or offices of each addressee below.

to the party(ies) addressed as follows:

Jianfeng Luo, Pro Se
38891 Fremont Blvd., #24
Fremont, CA 94536

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 6, 2007 at San Francisco, California.


_____/s/_____
Carol E. Wexelbaum
Legal Assistant